FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2023

No. 04-22-00296-CR

Mike **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7828
Honorable Raymond Angelini, Judge Presiding

# O R D E R

On December 29, 2022, we abated this appeal to the trial court to conduct an abandonment hearing to determine whether appellant still desired to prosecute his appeal, the reasons counsel has failed to file a brief and respond to this court's correspondence and inquiries, whether appellant and counsel have established an attorney-client relationship, and whether appellant desired for counsel to continue representing him. On February 7, 2023, we received a supplemental clerk's record. The supplemental clerk's record contains findings of fact and conclusions of law stating the trial court held a hearing on January 24, 2023, appellant desires to prosecute his appeal, and appellant wishes to move forward with his current appointed appellate counsel. The trial court further found counsel wishes to continue representing appellant and will file the appellant's brief by February 15, 2023. We therefore **reinstate** this appeal on this court's docket and **order** the appellant's brief due **by February 15, 2023**. No further requests for extensions of time will be allowed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2023.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court